# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-3457
Lower Tribunal No. 2016-CF-8761-A-O

———————————————

MARQUAVIOUS ANTWAN AVERY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

February 21, 2025

PER CURIAM.

AFFIRMED.  *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

TRAVER, C.J., and NARDELLA and GANNAM, JJ., concur.


Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED